DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUDIT SERFECZ,**
Appellant,

v.

**BENNETT S. COHN,**
Appellee.

No. 4D21-3209

[July 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502019CP004315XXXXMB.

Daniel McDermott, P.A. Fort Lauderdale, for appellant.

Bennett S. Cohn of the Law Offices of Bennett S. Cohn, Lake Worth Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***